MIED (Rev. 05/04) Notice of Change of Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,                Case No. 21-mj-30183

v.

SHERWIN HAMILTON,

        Defendant.

## NOTICE OF ADDITION OF ASSISTANT U.S. ATTORNEY

**To:**     Attorney Admission Clerk and All Other Parties

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above captioned case:

*Add the following AUSA(s):*

Name:    Caitlin Casey

Bar ID:    IL 6312495

Telephone:   (313) 226-9769

Fax:    (313) 226-2372

Email:   caitlin.casey@usdoj.gov

*Terminate the following AUSA(s):*

Name: _____

Telephone: _____

                                 *s/Caitlin B. Casey*
                                 Assistant United States Attorney
                                 211 W. Fort Street, Suite 2001
                                 Detroit, Michigan 48226
                                 (313) 226-9769
                                 caitlin.casey@usdoj.gov

Dated: April 20, 2021                       IL 6312495